**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 98-7043**

———————————

VERNON F. EL-AMIN,

Plaintiff - Appellant,

and

DERRICK D. BROWN, a/k/a Abdur R.H. Muhammad;
ABDUR-RAHIM SHABAZZ,

Plaintiffs,

versus

RONALD J. ANGELONE, Director of the Virginia
Department of Corrections; D. A. GARRAGHTY,
Chief Warden of the Greensville Correctional
Center; L. K. KELLY, Deputy Warden of the
Greensville Correctional Center; G. L. BASS,
Deputy Warden of the Greensville Correctional
Center; J. V. BEALE, Deputy Warden of the
Greensville Correctional Center; E. CREECH,
Head Chaplain of the Virginia Department of
Corrections; L. EDMONDS, TPS Supervisor of the
Greensville Correctional Center; C. OLIVER,
Head Chaplain of the Greensville Correctional
Center; R. S. WYNN, Chaplain of Unit S-3 of
the Greensville Correctional Center; D. TRENT,
Unit Manager of HU-(7) of the Greensville
Correctional Center,

Defendants - Appellees,

and

JERRY KILGORE, Virginia Secretary of Public Safety; J. CLARK, Former Deputy Warden of the Greensville Correctional Center; J. H. HARRIS, Former TPS Supervisor of the Greensville Correctional Center; V. M. WASHINGTON, Unit Manager of HU-(9) of the Greensville Correctional Center,

Defendants.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Rebecca B. Smith, District Judge. (CA-96-932-2)

Submitted: January 19, 1999     Decided: February 10, 1999

Before HAMILTON, WILLIAMS, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Vernon F. El-Amin, Appellant Pro Se. Pamela Anne Sargent, Assistant Attorney General, Richmond, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Vernon F. El-Amin appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1998) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See El-Amin v. Angelone, No. CA-96-932-2 (E.D. Va. June 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED